# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2023 KW 0212

VERSUS

ANTHONY SMITH                                         **APRIL 24, 2023**

---

In Re:    Anthony Smith, applying for supervisory writs, 20th Judicial District Court, Parish of East Feliciana, No. 99-CR-760.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

  **WRIT DENIED.**

                         **JEW**
                         **AHP**
                         **WIL**

COURT OF APPEAL, FIRST CIRCUIT

*a. S⸗*
_____
    DEPUTY CLERK OF COURT
        FOR THE COURT